```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
LOLITA BRONZINI                    :
        Plaintiff,                 :       CONSOLIDATION ORDER
                                   :
        -against-                  :
                                   :       07CV11104 (HB)
CLASSIC SECURITY, INC.             :
        Defendant.                 :
------------------------------------------------------x
EIMONT BRONZINI                    :
        Plaintiffs,                :
                                   :       08CV475 (HB)
        -against-                  :
                                   :
CLASSIC SECURITY, LLC              :
        Defendant.                 :
------------------------------------------------------x
```

**Hon. Harold Baer, Jr., District Judge:**

  WHEREAS the Plaintiff in Eimont Bronzini v. Classic Security, LLC, 08 cv 0475 filed a Complaint related to Lolita Bronzini v. Classic Security, LLC, 07 cv 11104; and

  WHEREAS the complaints in the two cases allege the same causes of action and share common issues of law or fact and therefore should be consolidated for all purposes pursuant to Fed. R. Civ. R. 42(a); and

  WHEREAS the Court held a conference on March 20, 2008 with the Plaintiffs who are proceeding pro se and Defense Counsel and a Pretrial Scheduling Order was agreed upon and executed for each case; and

  WHEREAS the consolidation is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party; it is hereby

  ORDERED that the above captioned cases are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a); and it is further

  ORDERED that Lolita Bronzini v. Classic Security, LLC, 07 Civ 11104, is designated the lead case in this consolidated action; and it is further

  ORDERED that the Plaintiff in Eimont Bronzini v. Classic Security, LLC, 08 Civ 0475, is instructed to follow the deadlines in the Pretrial Scheduling Order issued March 20, 2008 for Lolita Bronzini v. Classic Security, LLC, 07 Civ 11104; and it further

ORDERED that, pursuant to Fed. R. Civ. P. 42(a), the Clerk of the Court is directed to remove <u>Eimont Bronzini v. Classic Security, Inc.</u>, 08 Civ 0475 from my docket as a separate case.

SO ORDERED.

March 24 2008
New York, New York

_____
U.S.D.J.

2